In the Matter of Scott C., Appellant, v Sandra J., Respondent. [831 NYS2d 90]—Appeal from an order of the Family Court, Erie County (Rosalie S. Bailey, J.), entered December 19, 2005. The order granted respondent's application for counsel fees.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed with costs. Present—Gorski, J.P., Centra, Lunn, Peradotto and Pine, JJ.

 In the Matter of the Adoption of Dylan A., an Infant. Allegany County Department of Social Services, Respondent; Bradley P.A., Appellant; and Jeffrey B. et al., Respondents. [831 NYS2d 90]—Appeal from an order of the Family Court, Allegany County (Thomas P. Brown, J.), entered December 13, 2005. The order adjudged that the consent of respondent Bradley P.A. is not required for the adoption of his child.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Gorski, J.P., Centra, Lunn, Peradotto and Pine, JJ.